1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

8

Devon Raj Sharma,

)

No.  CV-22-00648-PHX-SPL (CDB)

9

)

10

Plaintiff,

)

**ORDER**

vs.

)

11

)

12

Unknown Dasha, et al.,

)

)

13

Defendants.

)

)

14

_____

)

15        Plaintiff commenced this action by filing a Complaint in Maricopa County Superior
16   Court on February 14, 2022 (Doc. 1). On April 19, 2022, Defendants removed the action
17   to federal Court (Doc. 1). Upon screening Plaintiff's four-count Second Amended
18   Complaint, the Court found Plaintiff adequately alleged state law claims against Defendant
19   Dasha Lekic in Count One and Defendant Penzone in Count Two, and that Plaintiff stated
20   a Fourteenth Amendment medical claim against Defendant Dasha Lekic in Count Three
21   (Doc. 17 at 7). The Court dismissed Count Four for failure to state a claim, finding that
22   "[b]ecause Maricopa County CHS is not a municipal corporation, a local governing body
23   or a private corporation, it is not a 'person' amenable to suit under § 1983." (Doc. 17 at 6).
24        On November 14, 2022, upon receiving leave (Doc. 38), Plaintiff filed a Third
25   Amended Complaint (Doc. 39). The Honorable Eileen S. Willett, United States Magistrate
26   Judge, further screened the Third Amended Complaint, finding Counts One, Two, and
27   Three were unchanged and could proceed for the same reasons stated in the Court's August
28   10, 2022 screening Order (Doc. 17), that Plaintiff corrected the discrepancies identified as

to Count Four and the claim could proceed against Defendant Maricopa County, and indicated that a separate Report and Recommendation ("R&R") would issue as to Counts Five and Six (Doc. 38).

On November 14, 2022, Judge Willett issued an R&R (Doc. 42), recommending Counts Five and Six of the Third Amended Complaint be dismissed for failure to state a claim. Judge Willett advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R (Doc. 42 at 5). *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1).  It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy).

The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. at 149 ("[Section 636(b)(1)] does not… require any review at all… of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will adopt the R&R and dismiss Counts Five and Six of the Third Amended Complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 42) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Counts Five and Six of the Third Amended Complaint are **dismissed without prejudice**.

Dated this 6th day of January, 2023.

Honorable Steven P. Logan
United States District Judge