**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Devon Raj Sharma,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unknown Dasha, et al.,<br><br>　　　　　Defendants. | No. CV-22-00648-PHX-SPL (ESW)<br><br>**ORDER** |

　　　　The Court has considered Defendants' Motion to Seal Exhibits to Separate Statement of Facts in Support of Their Motion for Summary Judgment (Doc. 91). The Court accepts counsel for Defendants' avowal that the referenced Exhibits D and E are part of Defendants' Separate Statement of Facts and that the exhibits contain Plaintiff's confidential health care information and should not be available to the general public.

　　　　IT IS ORDERED granting Defendants' Motion to Seal Exhibits to Separate Statement of Facts in Support of Their Motion for Summary Judgment (Doc. 91).

　　　　IT IS FURTHER ORDERED directing the Clerk of Court to file under seal Exhibit D and Exhibit E to Defendant's Separate Statement of Facts once the Statement has been filed.

　　　　Dated this 28th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge